IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JAMES E. PARKER,<br><br>　　　Plaintiff,<br><br>　v.<br><br>LUMMUS CORPORATION,<br><br>　　　Defendant. | CIVIL ACTION NO.: 4:21-cv-328 |

## O R D E R

Before the Court is a "Stipulation of Dismissal of Plaintiff's Complaint With Prejudice," signed and filed by counsel for Plaintiff and counsel for Defendant, in which the parties advise that they stipulate to the dismissal with prejudice of this action. (Doc. 33.) Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 22nd day of February, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA